Monica S. Call (11361)
mcall@foley.com
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, UT 84111
(801) 401-8917

Martha Brewer Motley (*pro hac vice application forthcoming*)
mbmotley@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH  43215
(614) 464-5626

*Attorneys for Allergy Research Group LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| ALLERGY RESEARCH GROUP LLC a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARLI MUMUZIEV,<br><br>an individual<br><br>　　　　And,<br><br>John Does, 1-10.<br><br>　　　　Defendants. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTIVE RELIEF**<br><br>Case No. 2:23-cv-00059-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Fed. R. Civ. P. 55(b) and DUCiv 55-1(b)(2), upon consideration of Plaintiff's Motion for Default Judgment and Permanent Injunctive Relief (the "Motion"), and for good cause appearing therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff's Motion is GRANTED; and

2. Defendant Arli Mumuziev and any employees, agents, servants, officers, representatives, directors, attorneys, successors, affiliates, assigns, any and all other entities owned or controlled Mumuziev, and all of those in active concert and participation with Mumuziev (the "Enjoined Parties") shall be permanently enjoined as follows:

    a. The Enjoined Parties are prohibited from advertising or selling, via the Internet or otherwise, all products bearing the Allergy Research Group LLC ("ARG") Registered Trademarks;

    b. The Enjoined Parties are prohibited from using any of the ARG Registered Trademarks in any manner, including advertising on the Internet;

    c. The Enjoined Parties are prohibited from importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all products bearing any of the ARG Registered Trademarks;

    d. The Enjoined Parties are prohibited from disposing of, destroying, altering, moving, removing, concealing, or tampering with any records related to any products sold by them which contain the ARG Registered Trademarks including invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other

    records that would reflect the source of the products that Defendants have sold bearing these trademarks;

e. The Enjoined Parties are required to take all action to remove from the Enjoined Parties' websites any reference to any of ARG's products, or any of the ARG Registered Trademarks;

f. The Enjoined Parties are required to take all action, including but not limited to, requesting removal from the Internet search engines (such as Google, Yahoo, and Bing), to remove from the Internet any of the ARG Registered Trademarks which associate ARG's products or the ARG Registered Trademarks with the Enjoined Parties or the Enjoined Parties' websites;

g. The Enjoined Parties are required to take all action to remove the ARG Registered Trademarks from the Internet, including from the website www.amazon.com; and

h. The Enjoined Parties are required to destroy or return to ARG all products bearing the ARG Registered Trademarks in their possession, custody, or control.

SO ORDERED this 18th day of April, 2023

_____
DALE A. KIMBALL,
UNITED STATES DISTRICT JUDGE